**A. J. HOOVER et al. v. Chas. M. HUDSON et al.**

No. 3787.

United States Court of Appeals
Tenth Circuit.

Oct. 21, 1948.

E. O. Monnett, of Tulsa, Okl., for appellants.

Ezra Dyer and Earl Q. Gray, both of Ardmore, Okl., for appellees.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed, on motion of appellees, for failure to prosecute.

---

**A. J. HOOVER et al. v. H. J. STROMBERG et al.**

No. 3785.

United States Court of Appeals
Tenth Circuit.

Oct. 21, 1948.

E. O. Monnett, of Tulsa, Okl., for appellants.

Ezra Dyer and Earl Q. Gray, both of Ardmore, Okl., for appellees.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellees, for failure to prosecute.

---

**A. J. HOOVER et al. v. Mary Hudson VEAZEY et al.**

No. 3786.

United States Court of Appeals
Tenth Circuit.

Oct. 21, 1948.

E. O. Monnett, of Tulsa, Okl., for appellants.

Ezra Dyer and Earl Q. Gray, both of Ardmore, Okl., for appellees.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed, on motion of appellees, for failure to prosecute.

---

**D. L. JONES et al., Appellants, v. NATIONAL BANK OF COMMERCE OF EL DORADO, Arkansas, and W. H. Hines.**

No. 13832.

United States Court of Appeals
Eighth Circuit.

Oct. 25, 1948.

G. E. Snuggs, of El Dorado, Ark., for appellants.

Crumpler & O'Connor, of El Dorado, Ark., for appellees.

PER CURIAM.

Appeal from District Court dismissed with prejudice at the costs of appellants, on stipulation of parties.